ON APPLICATION FOR REHEARING
On application for rehearing the defendant contends that this court erred in holding that CSX had the right to amend its complaint under Rule 15(a), A.R.Civ.P., and thereby ensure jurisdiction in the circuit court because Ala. Code (1975), § 12-11-9, required the transfer of the case to the district court before such amendment was made.
While this argument is interesting, it ignores a matter of practical importance: the case had not been transferred to the district court by the clerk at the time CSX amended its complaint. Clearly, under these circumstances CSX had the right to amend its complaint, as stated in our opinion.
To hold otherwise under the instant facts would in effect cause a procedural "nightmare."
OPINION EXTENDED; APPLICATION FOR REHEARING OVERRULED.
BRADLEY, P.J., and INGRAM, J., concur.